# UNITED STATES DISTRICT COURT
for the
Southern District of the Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:17CR00064-001 |
| Terrence Tinsley | ) | USM No. 15707-028 |

                                                Pro Se

Date of Original Judgment: 12/12/2017        Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to the First Step Act of 2018**

Upon motion of the defendant for a reduced sentence based on the First Step of Act of 2018, and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED ☐ GRANTED

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: **212 months**        Amended Sentence:
Previous Supervised Release Term Imposed: **8 years**    Amended Supervised Release Term:
Previous Underlying Sentence Imposed:               Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☐ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**

The First Step Act has no impact on Mr. Tinsley's sentence and therefore the Court does not have any legal authority to modify or reduce his sentence at this time.

**IT IS SO ORDERED**.

Order Date:   10/31/2019

                                                         SARAH EVANS BARKER, JUDGE
                                                         United States District Court
                                                         Southern District of Indiana

Distribution:

Counsel of record via CM/ECF

Terrence Tinsley, #15707-028
Federal Correctional Institution Pekin
P.O. Box 5000
Pekin, IL 61555